UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARNEL WALKER, JR., #170829,  )
               Plaintiff,  )
                          )    No. 1:21-cv-106
v.  )
                          )    Honorable Paul L. Maloney
TREVOR BIDDINGER, et al.,  )
             Defendants.  )
                          )

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: November 17, 2021                   /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge